No. 153. ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* PAUL D. COLE.  In error to the Supreme Court of the State of Kansas. Argued January 24, 1918.  Decided January 28, 1918. *Per Curiam.*  Judgment affirmed with costs and ten per cent. damages upon the authority of *Chicago Junction Ry. Co.* v. *King,* 222 U. S. 222; *Seaboard Air Line Ry.* v. *Padgett,* 236 U. S. 668; *Great Northern Ry. Co.* v. *Knapp,* 240 U. S. 464; *Baltimore & Ohio R. R. Co.* v. *Whitacre,* 242 U. S. 169; *Southern Ry. Co.* v. *Puckett,* 244 U. S. 571, 574. *Mr. Alfred A. Scott, Mr. Robert Dunlap* and *Mr. Gardiner Lathrop* for plaintiff in error.  *Mr. Alfred M. Jackson* and *Mr. Charles T. Atkinson* for defendant in error, submitted.

———

No. 156. MISSOURI, KANSAS & TEXAS RAILWAY COMPANY OF TEXAS, PLAINTIFF IN ERROR, *v.* W. P. SCHNOUTZ and TEXAS MIDLAND RAILROAD COMPANY.  In error to the County Court of Kauffman County, State of Texas. Submitted January 25, 1918.  Decided January 28, 1918. *Per Curiam.*  Judgment reversed upon the authority of *Texas & Pacific Ry. Co.* v. *Mugg,* 202 U. S. 242; *Kansas City Southern Ry. Co.* v. *Albers Commission Co.,* 223 U. S. 573, 596–598; *Illinois Central R. R. Co.* v. *Henderson Elevator Co.,* 226 U. S. 441; *Kansas City Southern Ry. Co.* v. *Carl,* 227 U. S. 639, 653.  See *Louisville & Nashville R. R. Co.* v. *Maxwell,* 237 U. S. 94.  *Mr. Alexander Britton, Mr. C. S. Burg, Mr. Joseph M. Bryson* and *Mr. A. H. McKnight* for plaintiff in error.  No appearance for defendants in error.